VILLAGE OF ANGOLA, Appellant, v. LAKE SHORE & M. S. R. CO., Respondent.

(Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the Village of Angola against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment (151 App. Div. 896, 135 N. Y. Supp. 1148), so far as appealed from, affirmed, with costs.